IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| Christopher (Bruce) The Living Man<br>Elizabeth Bruce<br>    Plaintiffs<br><br>v.<br><br>Emily Nieman<br>Katie Gosch<br>Stephanie Rhinehart<br>Ashley Andrews<br>Judge William A. Price<br>Judge Robert Blink<br>Judge William Kelly<br>Judge Carol S. Egly<br>Magistrate Anastasia Hurn<br>John P. Sarcone<br>Kevin J. Brownell<br>Linda Lane<br>Stephanie Brown<br>Kevin Bell<br>Anthony Reed<br>Dale Mays<br>Paul White<br>Randy Osborn<br>Jake Lancaster<br>Tom Miller<br>Grant Dugdale<br>Katherine Miller-Todd<br>Katherine (Beth) Walker<br>Charles Palmer<br>    Defendants | Case # 4:16-cv-00568-RGE-HCA<br><br>Amended Complaint |

I, christopher (bruce) the living man do hereby amend my complaint to include the aforementioned defendants in this case. Previously, the complaint was against the State of Iowa. Let the record of the court reflect the amendment.

Christopher (bruce) The living man
Sui Juris, All rights reserved
UCC1-308, formerly UCC 1-1207
Without prejudice
ID #78690, N721
1985 N.E. 51ST ST. PL.
Des Moines, Iowa 50313-2517



MICHAEL TARVIN
COMMISSION NO. 785391
MY COMMISSION EXPIRES
9-4-17