IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| Christopher (Bruce) The Living Man<br>Elizabeth Bruce<br>    Plaintiffs<br><br>v.<br><br>Emily Nieman<br>Katie Gosch<br>Stephanie Rhinehart<br>Ashley Andrews<br>Judge William A. Price<br>Judge Robert Blink<br>Judge William Kelly<br>Judge Carol S. Egly<br>Magistrate Anastasia Hurn<br>John P. Sarcone<br>Kevin J. Brownell<br>Linda Lane<br>Stephanie Brown<br>Kevin Bell<br>Anthony Reed<br>Dale Mays<br>Paul White<br>Randy Osborn<br>Jake Lancaster<br>Tom Miller<br>Grant Dugdale<br>Katherine Miller-Todd<br>Katherine (Beth) Walker<br>Charles Palmer<br>    Defendants | Case # 4:16-cv-00568-RGE-HCA<br><br>Declaration of Change of Address |

i, Christopher (Bruce), theliving man do declare a change of address. That address is now:

Christopher (Bruce), the living man
3912 S.E. 15th Street
Des Moines, Iowa, 50320

MICHAEL TARVIN
COMMISSION NO. 785391
MY COMMISSION EXPIRES
8-4-17

Christopher (Bruce) The Living Man
Sui Juris, All Rights Reserved
UCC 1-308, Formerly UCC1-207
Without Prejudice

To the Clerk of U.S. District Court

Please file these in the cases identified in these declarations:

4:16-CV-00568-RGE-HCA

and

4:16-CV-00568-RGE-HCA

Please send any further paperwork to:

Christopher & Elizabeth Bruce
3912 S.E. 15th St
Des Moines, IA 50320

until further notice. Thank you.

T.L.M.
Christopher (Bruce)
The Living Man

Christopher (Bruce) The Living Man
ID# 78690 N721
1985 N.E. 31st St. Pl.
Des Moines, IA 50313-2517

Clerk of Federal Court
U.S. Courthouse
P.O. Box 9344
Des Moines, IA 50306-9344

50306-934444