IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA 8TH CIRCUIT

| | | |
|---|---|---|
| Christopher (Bruce) The Living Man<br>Elizabeth Bruce<br>      Plaintiffs<br><br>v.<br><br>Judge William A. Price<br>Judge William Kelly<br>Judge Robert Blink<br>Judge Carol S. Egly<br>Magistrate Anastasia Hurn<br>John P. Sarcone<br>Kevin Brownell<br>Kevin Bell<br>Stephanie Brown<br>Linda Lane<br>Dale Mays<br>Paul White<br>Katherine (Beth) Walker<br>Tom Miller<br>Grant Dugdale<br>Katherine Miller-Todd<br>Charles Palmer<br>Emily Nieman<br>Katie Gosch<br>Stephanie Rhinehart<br>Ashley Andrews<br>Anthony Reed<br>Jake Lancaster<br>      Defendants | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} | Case #4:16-cv-00568-RGE-HCA<br><br><br><br>AFFIDAVIT<br>Affidavit of Truth |

I, Christopher (Bruce) The Living Man, do declare, in my Affidavit of Truth:

To whom it may concern: if anything happens to me, then wrong-doing May Have Been Done.

i, Christopher (Bruce), the living man, am of very sound mind and very sound body. My cars and home are well maintained, i am in very good spirits and looking forward to a very long and rewarding life. i and others are involved in lawful actions of holding county and state officials (the state of Iowa and the County of Polk) to the proverbial fire of upholding their Lawful Constitutional Oaths by means of Lawful Affidavits and Criminal Complaints containing abundant evidence charging them with Felonious Acts against the People of the Country and in placing Lawful Commercial Liens potentially worth billions of dollars on both their Surety Bonds and their personal assets, and further, seriously impacting the defendant's ability to hold any future office. Therefore, if "anything" happens to myself, I have an

"accident" or go missing and end up dead; be it known here that i, Christopher (Bruce), the living man, did NOT commit suicide or have an "accident" and further, i am not careless with poisons, old food, toxins, flammables, firearms, nor have any known enemies. i am asking that if anything happens in the form of a negative or deadly event, even if it seems to fit well within the scope of what's "Normal", i seriously request that very capable and responsible persons with excellent skills and expertise, take a really good look into the Who's, What's, When's Where's Why's and How's of my demise; as it may in all likelihood be, in fact, a purposeful Act, There but for the Grace of God go i. i certify the foregoing is true, correct, complete and not misleading to the best of my knowledge so help me God.

Christopher (Bruce) the Living Man
Plaintiff, Without Prejudice
Sui Juris, All Rights Reserved
UCC1-308, formerly UCC1-207
3912 S.E. 15th Street
Des Moines, Iowa 50320